```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 21825
   BRIAN R SYGNATOR
   PENNY JEAN SYGNATOR                          CHAPTER 13

                                                JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-6776    SSN XXX-XX-5417

---------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 11/20/07 .

   2.  The case was converted to Chapter 7 without confirmation, 12/28/2007.

---------------------------------------------------------------------------
CREDITOR NAME              CLASS       CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                          PAID         PAID
---------------------------------------------------------------------------

     Summary of disbursements:
---------------------------------------------------------------------------
                    SECURED     PRIORITY   UNSECURED       OTHER         TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00          .00         .00         .00           .00
PRINCIPAL PAID          .00          .00         .00         .00           .00
INTEREST PAID           .00          .00         .00         .00           .00
TOTAL PAID              .00          .00         .00         .00           .00
The Debtor's attorney, ILLINI LEGAL SERVICES          , was allowed $     .00
and was paid $       .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $        .00 .




     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated: 03/11/08                 /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
     CASE NO. 07 B 21825 BRIAN R SYGNATOR & PENNY JEAN SYGNATOR
```